UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BATON ROUGE
VENTURES, LLC, ET AL.

VERSUS

CEDAR GROVE
CAPITAL, LLC

CIVIL ACTION

NO. 20-628-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 21, 2025 (Doc. 192), to which an objection was filed and considered (Doc. 194);

**IT IS ORDERED** that findings are hereby issued to the United States Fifth Circuit Court of Appeals that, at the time suit was filed, a member of Plaintiff Baton Rouge Ventures, LLC, DLP Preferred Returns Equity Fund LLC, unwound to include an individual investor member, Warren Esanu, who is domiciled in New York, which made Baton Rouge Ventures non-diverse from Defendant Cedar Grove Capital, LLC, which unwound to two individuals members, Aaron Gorin and Steven Levitz, both New York citizens, such that this case should be dismissed, without prejudice, for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that, as the Court retains collateral jurisdiction to determine sanctions notwithstanding subject matter jurisdiction, a hearing will be held for the consideration of sanctions against Plaintiffs and/or their counsel based on repeated representations in this case that the citizenship allegations originally provided, which established complete diversity, were correct.

**IT IS FURTHER ORDERED** that Cedar Grove shall have **fourteen (14) days** after the issuance of this opinion to file a motion for sanctions. Thereafter, the motion shall be

referred to the Magistrate Judge for a report and recommendation and for the issuance of any schedule for briefing or discovery that she deems appropriate.

    Signed in Baton Rouge, Louisiana, on February 20, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**